United States District Court
Southern District of Texas
FILED

NOV 1 8 2005

Michael N. Milby, Clerk

TDH

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2005

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | CASE NO. L-05-CR-2402-01 |
| § | |
| VERONICA ESCAMILLA § | |

## ORDER

On this day 10th day of November, 2005, came to be considered Defendant's Motion for Discovery and Motion for Discovery of Exculpatory, Mitigating, and Impeachment Evidence. This Court is of the opinion that said Motion should be GRANTED in the following respects:

The Government is ORDERED to disclose evidence, in the presence of defense counsel to the extend that such evidence come within the scope of Rule 16(1)(A) and (B) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DONE at Laredo, Texas, this 18th day of November, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.